AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Cody Page Carter Connell
Daniel Page Adams

Defendant(s)

Case: 1:21-mj-00081
Assigned To : Faruqui, Zia M.
Assign. Date : 1/15/2021
Description: Complaint w/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 111 | Assaulting a Federal Officer |
| 18 U.S.C. 231(a)(3) | Obstructing Law Enforcement Engaged In Official Duties Incident to Civil Disorder |
| 18 U.S.C. 1752(a)(1)&(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(D)(E)&(G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_Complainant's signature_

Michael Sahadi, FBI
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/15/2020

2021.01.15 23:34:23 -05'00'
_Judge's signature_

City and state: Washington, DC

Magistrate Judge Zia M. Faruqui
_Printed name and title_